IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4-17CR197-O |
| v. | |
| WINTER LE BOYETTE (01) <br> MICHAEL DUSTIN DEAN (02) <br> JASON RAND EASLEY (03) <br> BRANDON RENE MEDINA (04) <br> CHRISTOPHER ALLEN ARTHUR <br> a/k/a "Lug" (05) <br> KIMBERLY RENEE BANKSTON (06) <br> JEREMY LEE CRABTREE (07) <br> CONNER LEIGH BRICE <br> a/k/a Conner Fitzgerald (08) <br> FELICIA DENAE BROWN <br> a/k/a "Flee" <br> a/k/a "Felicia Davis" <br> a/k/a "Felicia Hunsaker" (09) <br> AARON LEE MEDINA (10) <br> JAMES JEFFREY SWANK (11) <br> GREGORY MARTIN MANN (12) | U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF TEXAS <br> FILED <br> SEP 2 0 2017 <br> CLERK, U.S. DISTRICT COURT <br> By_____ <br> Deputy |

INDICTMENT

The Grand Jury Charges:

Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before January 2014, and continuing until in or around July 2017,

in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants

**Winter Le Boyette, Michael Dustin Dean, Jason Rand Easley,**

Indictment - Page 1

**Brandon Rene Medina, Christopher Allen Arthur**, also known as Lug, **Kimberly Renee Bankston, Jeremy Lee Crabtree, Conner Leigh Brice**, also known as Conner Fitzgerald, **Felicia Denae Brown**, also known as Flee, Felicia Davis, Felicia Hunsaker, **Aaron Lee Medina, James Jeffrey Swank**, and **Gregory Martin Mann**, along with Matthew Rutledge, Amanda Means, Phillip Ishak, Chris Nicholson, Cody Blue, Shawn Cropp, Michael Heaslet, and Juan Navarro, not named as defendants herein, and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

A TRUE BILL.

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

WINTER LE BOYETTE (01)
MICHAEL DUSTIN DEAN (02)
JASON RAND EASLEY (03)
BRANDON RENE MEDINA (04)
CHRISTOPHER ALLEN ARTHUR (05)
a/k/a "Lug"
KIMBERLY RENEE BANKSTON (06)
JEREMY LEE CRABTREE (07)
CONNER LEIGH BRICE (08)
a/k/a "Conner Fitzgerald"
FELICIA DENAE BROWN (09)
a/k/a "Flee"
a/k/a "Felicia Davis"
a/k/a "Felicia Hunsaker"
AARON LEE MEDINA (10)
JAMES JEFFREY SWANK (11)
GREGORY MARTIN MANN (12)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
1 Count

A true bill rendered

                                                                                             FOREPERSON

<u>FORT WORTH</u>

Filed in open court this 20th day of September, 2017.

---

**Warrant to Issue defendants 04, 05, 08, and 12; Defendants 1, 2, 3, 6, 9, 13 in federal custody; Defendants 7, 8 and 11 on Pretrial Release.**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:   4:17-MJ-582 (01-04);
4:17-MJ-583 (12 & 13) 4:17-MJ-584(05-07); 4:17-MJ-586 (08-09); 4:17-MJ-590 (11)